UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GXO LOGISTICS SUPPLY CHAIN, INC.,

                Plaintiff,            23-cv-10970 (JGK)

      - against -                  <u>ORDER</u>

THRASIO, LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by February 28, 2024.

SO ORDERED.

Dated:    New York, New York
           February 15, 2024

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge