UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GXO LOGISTICS SUPPLY CHAIN, INC.,

                Plaintiff,                23-cv-10970 (JGK)

     - against -                  ORDER

THRASIO, LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    This action is stayed in view of the bankruptcy filing of the defendant. The parties should provide the Court with a status report by **May 17, 2024.**

SO ORDERED.

Dated:    New York, New York
            March 12, 2024

                                      John G. Koeltl
                              United States District Judge