```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

GXO LOGISTICS SUPPLY CHAIN, INC.,

                Plaintiff,        23-cv-10970 (JGK)

    - against -            ORDER

THRASIO, LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide the Court with a status update by **July 26, 2024**.

SO ORDERED.

Dated:    New York, New York
            June 26, 2024

                                      */s/ John G. Koeltl*
                                        John G. Koeltl
                                United States District Judge